11472  SRM/sav

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTONIO VITAGLIANO, DOMENICO VITAGLIANO, RAFFAELE VITAGLIANO, ) ) ) Plaintiffs, ) vs. ) ) SERGEANT DINO DIMAIO, OFFICER RUDY CASTELLANOS, OFFICER WALLACE, ) ) UNIDENTIFIED OFFICER #1, UNIDENTIFIED OFFICER #2, UNIDENTIFIED OFFICER #3, ) UNIDENTIFIED OFFICER #4, and the VILLAGE OF ) MELROSE PARK, ) ) Defendants. ) | Court No. 04 C 5474<br><br>Judge Mark Filip<br><br>Mag. Judge Morton Denlow |

## MOTION TO WITHDRAW APPEARANCE OF
## SCOTT BRYAN DOLEZAL

NOW COME the Defendants, SERGEANT DINO DIMAIO, OFFICER RUDY CASTELLANOS, and OFFICER WALLACE, by and through their attorney, Stephen R. Miller of Myers, Miller & Krauskopf, and hereby move this honorable court to strike the appearance of defense counsel, Scott Bryan Dolezal. In support thereof, Defendants state that Mr. Dolezal has been sent a Withdrawal to execute on several occasions and has refused to sign said Withdrawal. Scott Bryan Dolezal is no longer working for Myers, Miller & Krauskopf and should be removed from electronic notices on this case. In addition, his secretary, Amy Swalec, should also be removed from the service list.

Respectfully submitted,

s/Stephen R. Miller
One of the Attorneys for Defendants

Stephen R. Miller (6182908)
**MYERS, MILLER & KRAUSKOPF**
30 North LaSalle Street, Suite 2200
Chicago, IL 60602
312-345-7250 FAX: 312-345-7251

G:\CASES\11472.Vitagliano\11472.Motion\11472.mt10.wpd